IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 3, 2008

Charles R. Fulbruge III
Clerk

No. 07-60624
Summary Calendar

IGNATIUS KUM WUNG,

Petitioner,

v.

MICHAEL B. MUKASEY, U S ATTORNEY GENERAL,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A98 873 403

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Ignatius Kum Wung, a native and citizen of Cameroon, has filed a petition
for review of the order of the Board of Immigration Appeals (BIA) denying his
application for asylum, withholding of removal, and relief under the Convention
Against Torture. The Immigration Judge found Wung to lack credibility, and
Wung failed to challenge that finding in his appeal to the BIA. Wung therefore
failed to exhaust his administrative remedies, and we are without jurisdiction

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

to review this issue that is essential to the success of Wung's claims. See Townsend v. INS, 799 F.2d 179, 181-82 (5th Cir. 1986). The petition for review is DISMISSED.